# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

COUNSELLORS AT LAW

PARK 80 PLAZA WEST-ONE · SADDLE BROOK, N.J. 07663 · 201-845-9600 · TELECOPIER 201-845-9423

General E-mail : clphk@njlawfirm.com
Internet Address: www.njlawfirm.com

May 19, 2009

**VIA ECF & REGULAR MAIL DELIVERY**
The Honorable Anne E. Thompson, USDJ
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Building &
 U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

> Re:  Davis v. Heartland Payment Systems, Inc., et als. (09-1043)
>      Mark J. Ivy v. Heartland Payment Systems, Inc., et als (09-1264)
>      James L. Morr v. Heartland Payment Systems, Inc., et als. (09-1818)
>      Our File: 37,757-0

Dear Judge Thompson:

I enclose for Your Honors' consideration a proposed Order Regarding Consolidation of Related Actions, Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel in the above-captioned matters.

By way of background, each of these matters is a putative class action brought pursuant to the Private Securities Litigation Reform Act ("PSLRA"). Under the terms of the PSLRA, motions seeking consolidation and the appointment of lead plaintiff and lead counsel were filed by two plaintiffs: Teamsters Local Union No. 27 ("Teamsters"); and Genesee County Employees' Retirement System ("Genesee").

I am pleased to advise Your Honor that Teamsters and Genesee have come to an agreement with respect to the issue of consolidation and the appointment of lead plaintiff and lead counsel. A copy of the proposed order, reflecting that agreement, is submitted to Your Honor herewith for the Court's approval.

As the motion date for this motion is June 1, 2009, the time for opposition to the applications of the proposed co-lead plaintiffs has passed, and no opposition has been filed as to either.

If the enclosed Order meets with Your Honor's approval, we ask that you sign and enter it. Naturally, should you have questions of any counsel, please feel free to call.

Respectfully yours,

Peter S. Pearlman

PSP:glv
Enclosure
cc: All Counsel (via e-mail only w/enc.)

COHN LIFLAND PEARLMAN
  HERRMANN & KNOPF LLP
PETER S. PEARLMAN
Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)

[Proposed] Liaison Counsel

COUGHLIN STOIA GELLER          FARUQI & FARUQI, LLP
  RUDMAN & ROBBINS LLP         NADEEM FARUQI
PAUL J. GELLER                 EMILY C. KOMLOSSY
DOUGLAS WILENS                 JAMIE R. MOGIL
SABRINA E. TIRABASSI           369 Lexington Avenue
120 E. Palmetto Park Road, Suite 500    10th Floor
Boca Raton, FL  33432-4809     New York, NY  10017
Telephone:  561/750-3000       Telephone:  212/983-9330
561/750-3364 (fax)             212/983-9331 (fax)

[Proposed] Co-Lead Counsel       [Proposed] Co-Lead Counsel

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ADAM DAVIS, Individually and on Behalf of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>vs. )<br><br>HEARTLAND PAYMENT SYSTEMS, )<br>INC., ROBERT O. CARR and )<br>ROBERT H.B. BALDWIN, JR., )<br><br>Defendants. )<br>_____ ) | No. 3:09-cv-01043-AET-TJB<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER REGARDING CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT OF LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL |

[Caption continued on following page.]

MARK J. IVY, Individually and on )     No. 3:09-cv-01264-AET-DEA
Behalf of All Others Similarly Situated, )
                             )     <u>CLASS ACTION</u>
            Plaintiff, )
                             )
              )
    vs.                            )
              )
HEARTLAND PAYMENT SYSTEMS, )
INC., ROBERT O. CARR and )
ROBERT H.B. BALDWIN, JR., )
              )
            Defendants. )
_____ )

JAMES L. MORR, Individually and On )     No. 3:09-cv-01818-JAP-LHG
Behalf of All Others Similarly Situated, )
                             )     <u>CLASS ACTION</u>
            Plaintiff, )
                             )
    vs.                            )
              )
HEARTLAND PAYMENT SYSTEMS, )
INC., ROBERT O. CARR and )
ROBERT H.B. BALDWIN, JR., )
              )
            Defendants. )
_____ )

      WHEREAS, on March 6, 2009, plaintiff Adam Davis ("Davis") filed this class action against Heartland Payment Systems, Inc. and certain individuals alleging violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934;

      WHEREAS, on March 6, 2009, pursuant to the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(A)(i), counsel for Davis caused notice to be published on *Business Wire*, a widely circulated national business-oriented wire service, advising members of the purported class of, *inter alia*: (1) the

pendency of the action; (2) the claims asserted therein; and (3) that, not later than 60 days after the date on which the notice was published, any member of the purported class had the right to move the Court to serve as lead plaintiff of the class;

WHEREAS, on March 19, 2009, plaintiff Mark Ivy ("Ivy") filed a substantially similar action against Heartland Payment Systems, Inc. and certain individuals;

WHEREAS, on April 3, 2009, plaintiff J.P. Ladensack ("Ladensack") filed a substantially similar action against Heartland Payment Systems, Inc. and certain individuals;

WHEREAS, on April 16, 2009, plaintiff James L. Morr ("Morr") filed a substantially similar action against Heartland Payment Systems, Inc. and certain individuals;

WHEREAS, on May 5, 2009, the following applicants filed timely motions seeking consolidation of the related actions pending before this Court, appointment as Lead Plaintiff and approval of selection of Lead Counsel: (1) Teamsters Local Union No. 727 Pension Fund ("Teamsters Pension Fund") and (2) Genesee County Employees' Retirement System ("Genesee County"), and no opposition was filed to either motion;

WHEREAS, it appears, based on the information accompanying their respective motions, the Teamsters Pension Fund reported approximate losses of $42,023, and Genesee County reported approximate losses of $11,470;

WHEREAS, the Teamsters Pension Fund and Genesee County have represented that, rather than continue to litigate their competing motions, they believe it is in the best interest of the class to amicably resolve the motions and pool their resources to effectively and efficiently prosecute the action;

WHEREAS, on May 6, 2009, pursuant to Federal Rule of Civil Procedure 41, Ladensack filed a Notice of Voluntary Dismissal which was granted without prejudice on May 7, 2009;

WHEREAS, it appears, that the remaining related actions pending in this District involve common questions of law or fact, and should be consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a);

WHEREAS, it appears, pursuant to the PSLRA, 15 U.S.C. §78u-4(a)(3)(B)(iii)(I), they are the most adequate plaintiffs because (1) they timely filed a motion for appointment as Lead Plaintiff; (2) they are institutional investors, (3) they possess the largest financial interest in the relief sought by the class; and (4) they otherwise satisfy the typicality and adequacy requirements of Federal Rule of Civil Procedure 23;

WHEREAS, the PSLRA, 15 U.S.C. §78u-4(a)(3)(B)(iv), provides that, subject to the approval of the Court, the most adequate plaintiff shall select and retain counsel to represent the Class;

WHEREAS, the Teamsters Pension Fund and Genesee County have selected the law firms of Coughlin Stoia Geller Rudman & Robbins LLP and Faruqi & Faruqi, LLP to serve as Co-Lead Counsel, and the law firm of Cohn Lifland Pearlman Herrmann & Knopf LLP to serve as Liaison Counsel;

WHEREAS, each of these law firms has experience in complex class action litigation and/or shareholder litigation and will ensure that there will be no duplication of efforts on the part of Co-Lead Counsel.

IT IS, on this _____ day of _____, 2009, Ordered as follows:

1.      The three related actions pending in this District, which include:  (1) *Davis v. Heartland Payment Systems, Inc. et al.*, No. 3:09-cv-01043-AET-TJB; (2) *Ivy v. Heartland Payment Systems, Inc. et al.*, No. 3:09-cv-01264-AET-DEA; and (3) *Morr v. Heartland Payment Systems, Inc. et al.,* No. 3:09-cv-01818-JAP-LHG, are hereby consolidated for all purposes, pursuant to Rule 42(a).  The consolidated action shall be captioned *In re Heartland Payment Systems, Inc. Securities Litigation*, No. 3:09-cv-01043-AET-TJB, and a Master File shall be established.

2.      The Teamsters Pension Fund and Genesee County are hereby appointed Co-Lead Plaintiffs for the Class pursuant to 15 U.S.C. §78u-4(a)(3)(B); and

3.      The Teamsters Pension Fund and Genesee County's selection of the law firms of Coughlin Stoia Geller Rudman & Robbins LLP and Faruqi & Faruqi, LLP to

serve as Co-Lead Counsel, and the law firm of Cohn Lifland Pearlman Herrmann & Knopf LLP to serve as Liaison Counsel is approved.

4.     The Teamsters Pension Fund and Genesee County shall have 60 days from the date this Order is entered to file their Consolidated Complaint.

_____
JUDGE ANNE E. THOMPSON, SENIOR
UNITED STATES DISTRICT JUDGE

DATED:  May ___, 2009

COHN LIFLAND PEARLMAN
   HERRMANN & KNOPF LLP
PETER S. PEARLMAN

_____
*s/ Peter S. Pearlman*
PETER S. PEARLMAN

Park 80 Plaza West-One
Saddle Brook, NJ  07663
Telephone:  201/845-9600
201/845-9423 (fax)
psp@njlawfirm.com

[Proposed] Liaison Counsel

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP

_____
*s/ Douglas Wilens*
DOUGLAS WILENS

PAUL J. GELLER
DOUGLAS WILENS
SABRINA E. TIRABASSI

120 E. Palmetto Park Road, Suite 500
Boca Raton, FL  33432-4809
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@csgrr.com
dwilens@csgrr.com
stirabassi@csgrr.com

FARUQI & FARUQI, LLP


_____
                *s/ Emily C. Komlossy*
          EMILY C. KOMLOSSY

NADEEM FARUQI
EMILY C. KOMLOSSY
JAMIE R. MOGIL
369 Lexington Avenue, 10th Floor
New York, NY  10017
Telephone:  212/983-9330
212/983-9331 (fax)
nfaruqi@faruqilaw.com
ekomlossy@faruqilaw.com
jmogil@faruqilaw.com

[Proposed] Co-Lead Counsel

\*     \*     \*

# O R D E R

IT IS SO ORDERED.

DATED: _____