**BLANK ROME LLP**
*A Pennsylvania LLP*
SETH J. LAPIDOW, ESQUIRE
New Jersey Resident Partner
301 Carnegie Center, 3rd Floor
Princeton, NJ  08540
(609) 750-2644
*Attorneys for Defendants*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re HEARTLAND PAYMENT SYSTEMS, INC. SECURITIES LITIGATION | Civil Action No. 3:09-cv-1043-AET-TJB |
| _____ | |
| This Document Relates To: | **ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANTS** |
| ALL ACTIONS | |

The undersigned, Seth J. Lapidow, Esquire, appears as counsel for Defendants Heartland Payment Systems, Inc., Robert O. Carr and Robert H.B. Baldwin, Jr. in the above-captioned matters.

        **BLANK ROME LLP**
        *A Pennsylvania LLP*

        /s/ Seth J. Lapidow
        Seth J. Lapidow, Esquire
        301 Carnegie Center, 3rd Floor
        Princeton, NJ  08540
        Telephone: (609) 750-2644
        Facsimile: (609) 897-7284
        Lapidow@BlankRome.com
        *Counsel for Defendants*

Dated: September 1, 2009

128904.00671/50371877v.1