NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE HEARTLAND PAYMENT SYSTEMS INC. SECURITIES LITIGATION | Civ. No. 09-1043<br><br>ORDER |

THOMPSON, U.S.D.J.

      For the reasons given in the Court's opinion today, it is ORDERED, this 7th day of December, 2009, that Defendants' Motion to Dismiss [20] is GRANTED, and

      It is further ORDERED that the Amended Complaint [14] is DISMISSED with prejudice, and

      It is further ORDERED that this case is closed.

      */s/ Anne E. Thompson*

      ANNE E. THOMPSON, U.S.D.J.